```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 18004
    SANDRA D RAMSAY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-3987


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/02/2007 and was confirmed 01/24/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/12/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CHASE HOME FINANCE LLC     CURRENT MORTG         .00              .00            .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE         .00              .00            .00
CITIFINANCIAL AUTO CREDI   SECURED VEHIC     5650.00           116.76         583.25
CITIFINANCIAL AUTO CREDI   UNSECURED           53.65              .00            .00
COOK COUNTY TREASURER      SECURED             60.00              .00          60.00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00              .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    16438.00              .00            .00
CHASE AUTO FINANCE         SECURED VEHIC    19321.69           423.48         500.00
CHASE AUTO FINANCE         UNSECURED        NOT FILED             .00            .00
SAXON MORTGAGE SERVICES    CURRENT MORTG         .00              .00            .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE      203.36              .00         203.36
WILSHIRE CREDIT CORP       CURRENT MORTG         .00              .00            .00
WILSHIRE CREDIT CORP       MORTGAGE ARRE         .00              .00            .00
EASTWOOD INSURANCE         UNSECURED        NOT FILED             .00            .00
EASTWOOD INSURANCE         UNSECURED        NOT FILED             .00            .00
ADT                        UNSECURED        NOT FILED             .00            .00
AMERICAN EXPRESS BANK      UNSECURED         2681.79              .00            .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED             .00            .00
CAPITAL ONE                UNSECURED        NOT FILED             .00            .00
CITY OF CHICAGO PARKING    UNSECURED        NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED         1573.51              .00            .00
ECAST SETTLEMENT CORP      UNSECURED         1285.26              .00            .00
GE CONSUMER FINANCE        UNSECURED         1753.23              .00            .00
LVNV FUNDING LLC           UNSECURED        NOT FILED             .00            .00
SANTANNA ENERGY            UNSECURED        NOT FILED             .00            .00
HIGHER EDUCATION STUDENT   UNSECURED         6318.80              .00            .00
NICOR GAS                  UNSECURED        NOT FILED             .00            .00
PRIMUS FINANCIAL SERVICE   UNSECURED         6705.55              .00            .00
ROUNDUP FUNDING LLC        UNSECURED         1228.70              .00            .00
VILLAGE OF DOLTON          UNSECURED        NOT FILED             .00            .00
WORLD FINANCIAL NETWORK    UNSECURED        NOT FILED             .00            .00
NEW YORK & CO              UNSECURED        NOT FILED             .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18004 SANDRA D RAMSAY
```

```
ROUNDUP FUNDING LLC        UNSECURED               .00              .00              .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY  NOT FILED                   .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,813.00                            2,813.00
TOM VAUGHN                 TRUSTEE                                               390.85
DEBTOR REFUND              REFUND                                              1,448.52
```

Summary of Receipts and Disbursements:
```
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 6,539.22

PRIORITY                                             .00
SECURED                                         1,346.61
    INTEREST                                      540.24
UNSECURED                                            .00
ADMINISTRATIVE                                  2,813.00
TRUSTEE COMPENSATION                              390.85
DEBTOR REFUND                                   1,448.52
                        ---------------     ---------------
TOTALS                  6,539.22                6,539.22
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/25/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE